**DISMISS and Opinion Filed August 15, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00290-CV

**ARLIS D. WILLIAMSON, INDIVIDUALLY AND ARLIS D. WILLIAMSON
AND CORNELIA P. WILLIAMSON AS CO-TRUSTEES OF THE
CORNELIA P. WILLIAMSON REVOCABLE TRUST AND
ARLIS D. WILLIAMSON REVOCABLE TRUST, Appellants
V.
STELLAR RESTORATION SERVICES, LLC, Appellee**

**On Appeal from the 380th Judicial District Court
Collin County, Texas
Trial Court Cause No. 380-04256-2015**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Bridges and Lang
Opinion by Justice Bridges

Before the Court is appellants' unopposed motion to dismiss the appeal. Appellants have informed the Court that the parties have settled their differences. Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE

160290F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

ARLIS D. WILLIAMSON, INDIVIDUALLY AND ARLIS D. WILLIAMSON AND CORNELIA P. WILLIAMSON AS CO-TRUSTEES OF THE CORNELIA P. WILLIAMSON REVOCABLE TRUST AND ARLIS D. WILLIAMSON REVOCABLE TRUST, Appellants

No. 05-16-00290-CV        V.

STELLAR RESTORATION SERVICES, LLC, Appellee

On Appeal from the 380th Judicial District Court, Collin County, Texas
Trial Court Cause No. 380-04256-2015.
Opinion delivered by Justice Bridges. Chief Justice Wright and Justice Lang participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Subject to any agreement between the parties, it is **ORDERED** that appellee STELLAR RESTORATION SERVICES, LLC recover its costs of this appeal from appellants ARLIS D. WILLIAMSON, INDIVIDUALLY, AND ARLIS D. WILLIAMSON AND CORNELIA P. WILLIAMSON AS CO-TRUSTEES OF THE CORNELIA P. WILLIAMSON REVOCABLE TRUST AND ARLIS D. WILLIAMSON REVOCABLE TRUST.

Judgment entered August 15, 2016.